**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 434 WAL 2014
:
                Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
MICHAEL MUSCHICK, :
:
            Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.